CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 16 2008

JOHN F. CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID A. FARMER, ) | |
|     Petitioner, ) | Civil Action No. 7:08-cv-00225 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SGT. E. ALEXANDER, ) | By: Hon. James C. Turk |
|     Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED** and the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice for failure to exhaust state court remedies and is stricken from the active docket of the court.

The Clerk is directed to send copies of this final order and the accompanying memorandum opinion to petitioner and to counsel of record for respondent.

ENTER: This 16th day of June, 2008.

/s/ James C. Turk
Senior United States District Judge